IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER.<br><br>　　　　Plaintiff,<br>　v.<br><br>UNITED STATES POSTAL SERVICE, *et al.*<br><br>　　　　Defendants. | Case No. 1:21-cv-2156 |

## DEFENDANTS' MOTION TO DISMISS

Defendants the United States Postal Service and the United States Postal Inspection Service, by and through undersigned counsel, hereby move for dismissal of the Complaint pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure. In support of this motion, Defendants submit the accompanying Memorandum of Points and Authorities and proposed Order.

Dated: October 19, 2021

Respectfully submitted,

BRIAN M. BOYNTON
Acting Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Director

*/s/ Cormac A. Early*
CORMAC A. EARLY
D.C. Bar. No. 1033835
Trial Attorney, U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Tel.: (202) 616-7420
cormac.a.early@usdoj.gov

*Counsel for Defendants*