UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ELECTRONIC PRIVACY INFORMATION CENTER,**<br><br>Plaintiff,<br><br>v.<br><br>**UNITED STATES POSTAL SERVICE,** *et al.*,<br><br>Defendants. | Case No. 1:21-cv-02156 (TNM) |

## ORDER

Upon consideration of the pleadings, relevant law, related legal memoranda in opposition and support, and the entire record, for the reasons set forth in the accompanying Memorandum Opinion it is hereby

**ORDERED** that Defendants' [14] Motion to Dismiss is GRANTED.

**SO ORDERED**.

This is a final, appealable Order. The Clerk of Court is requested to close this case.

Dated: March 25, 2022

TREVOR N. McFADDEN
United States District Judge